UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARILOU SAMSON,

    Plaintiff,

    v.

ONE WEST BANK, et al.,

    Defendants.

_____/

No. C 10-4827 PJH

**ORDER DISMISSING UNSERVED DEFENDANTS**

Plaintiff having filed the above-entitled action on October 25, 2010, and having failed to file a proof of service of the summons and complaint on defendants One West Bank, JP Morgan Chase, Indymac Mortgage Services, Mortgage Electronic Registration Service (MERS), and Evergreen Lending, Inc., as directed by the court in the July 28, 2011 order, those defendants are hereby DISMISSED from the action pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: August 22, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge